JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for CARLOS VILLA-LOZANO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00276-LJO-SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| CARLO VILLA-LOZANO and PAULINA SILVA AGUILAR Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status conference on January 7th, 2019 at 1:00 p.m.

2. By this stipulation, parties now move to continue the status conference[1] until January 28th, 2019 at 1:00 pm in Courtroom 7. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery has been turned over to counsel for the Defendants.

    b) Defense counsel needs to time to examine the discovery and investigate the matter.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*,

---

[1] This amended stipulation substitutes "status conference" for "sentencing."

STIPULATION RE: CONTINUANCE; FINDINGS AND ORDER

1

within which trial must commence, the time period of December 21, 2018, to January 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

Dated: December 21, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: December 21, 2018
/s/ JOHN MEYER
JOHN MEYER
Counsel for Defendant
CARLOS VILLA-LOZANO

Dated: December 21, 2018
/s/ MICHAEL BERDINELLA
MICHAEL BERDINELLA
Counsel for Defendant
PAULINA SILVA AGUILAR

**ORDER**

IT IS SO ORDERED.

Dated: **December 21, 2018**
/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE