JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for CARLOS VILLA-LOZANO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00276-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING A RETURN OF DEFENDANTS PASSPORTS; FINDINGS AND ORDER |
| v. | |
| CARLO VILLA-LOZANO | DATE: February 3, 2020 |
| Defendant. | |

**STIPULATION**

1. On December 21st, 2018, Mr. Villa Lozano was ordered to turn his passport into the clerk's office as a condition of his pre-trial release.

2. As a result, he turned in his passport to the clerk's office.

3. According to probation, the passports are still located in the clerk's property vault.

4. Mr. Villa Lozano has been sentenced to 12-month house arrest, with supervised release to follow.

5. Based on the above-stated findings, the parties stipulate and ask the court to order the following:

ORDER

1. The court hereby orders the clerks office to return the passport of Mr. Villa Lozano to Mr. Villa Lozano. **Passport #432066244.**

IT IS SO STIPULATED.

STIPULATION RE: RETURN OF PASSPORTS; [PROPOSED] FINDINGS AND ORDER

1

| | |
|---|---|
| Dated: February 3, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: February 3, 2020 | /s/ JOHN MEYER<br>JOHN MEYER<br>Counsel for Defendant<br>CARLOS VILLA-LOZANO |

**ORDER**

IT IS SO ORDERED.

Dated: **February 5, 2020**

_____
UNITED STATES DISTRICT JUDGE